FILED
2008 Sep-10 PM 12:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| FAYRENE PATTERSON, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) 2:08-CV-01292-LSC |
| | ) |
| | ) |
| SRS AND ASSOCIATES, LLC, | ) |
| ET AL., | ) |
| | ) |
| DEFENDANT. | ) |

## NOTICE OF SETTLEMENT

**COMES NOW**, the Plaintiff, by and through her attorney of record, and notifies the Court that a settlement has been reached between the Plaintiff and Defendant SRS and Associates, LLC and that a Notice of Dismissal should be filed within the next 30 days.

All issues against DEFENDANT, ERS, Inc., remain pending.

/s/ *W. Whitney Seals*
W. Whitney Seals
Attorney for Plaintiff

**OF COUNSEL:**
Pate & Cochrun, L.L.P.
P.O. Box 10448
Birmingham, AL 35202-0448
(205) 323-3900
(205) 323-3906 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th DAY OF September 2008, the foregoing is electronically filed with the Clerk of the Court using the CM/ECF system, the CM/ECF system will send notification of such filing to the following;

    Thomas Logan Davis, Esq.
    Davis Law Firm, LLC
    The Magnolia Financial Center
    PO Box 43771
    Birmingham, AL 35243

and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following:

    Ellyn M. Epstein, Esq.
    Attorney At Law
    1811 Roberts Way, Suite 100
    Voorhees, NJ 08043

                                      /s/W. Whitney Seals
                                      OF COUNSEL