UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| FAYRENE PATTERSON, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | 2:08-CV-01292-LSC |
| | ) | |
| SRS AND ASSOCIATES, LLC, | ) | |
| EMPIRE STATE RECOVERY | ) | |
| AGENCY, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

## NOTICE OF SETTLEMENT

**COMES NOW**, the Plaintiff, by and through her attorney of record, and notifies the Court that a settlement has been reached between the Plaintiff and Defendant Empire State Recovery Agency, Inc., AND Defendant James A. Nelms and that a Notice of Dismissal should be filed within the next 30 days.

/s/ *W. Whitney Seals*
W. Whitney Seals
Attorney for Plaintiff

**OF COUNSEL:**
Pate & Cochrun, L.L.P.
P.O. Box 10448
Birmingham, AL 35202-0448
(205) 323-3900
(205) 323-3906 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 11th DAY OF September, 2008, the foregoing is electronically filed with the Clerk of the Court using the CM/ECF system, the CM/ECF system will send notification of such filing to the following;

Thomas Logan Davis, Esq.
Davis Law Firm, LLC
The Magnolia Financial Center
PO Box 43771
Birmingham, AL 35243

and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following:

Ellyn M. Epstein, Esq.
Attorney At Law
1811 Roberts Way, Suite 100
Voorhees, NJ 08043

/s/W. Whitney Seals
OF COUNSEL