FILED
2008 Oct-13 PM 04:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| FAYRENE PATTERSON, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v.  ) | 2:08-CV-01292-LSC |
| ) | |
| ) | |
| EMPIRE STATE RECOVERY ) | |
| AGENCY, INC., ) | |
| ) | |
| DEFENDANT. ) | |

## PLAINTIFF'S MOTION TO SET ASIDE
## NOTICE OF SETTLEMENT

**COMES NOW**, the Plaintiff, by and through her attorney of record, and files this Motion for the Court to set aside the Notice of Settlement with Defendant Empire State Recovery Agency, Inc., and states as follows:

1. On September 11, 2008, the Plaintiff notified the Court that a settlement has been reached between the Plaintiff and Defendant Empire State Recovery Agency, Inc., AND Defendant James A. Nelms and that a Notice of Dismissal should be filed within the next 30 days.

2. The Court entered an Order on September 11, 2008, "dismissing case with prejudice; any party may, for good cause shown, reopen the action within 30 days; costs taxed as paid"

2. As of October 13, 2008, no settlement documents and/or settlement payments have been received by the Plaintiff.

3. As of October 13, 2008, there has occurred a new violation by the Defendant against the Plaintiff concerning the same issues as set forth in her Complaint.

**WHEREFORE, PREMISES CONSIDERED**, the Plaintiff request that the this matter be reopened and for such other and further relief as this Court deems necessary and proper.

/s/ *W. Whitney Seals*
W. Whitney Seals
Attorney for Plaintiff

**OF COUNSEL:**
Pate & Cochrun, L.L.P.
P.O. Box 10448
Birmingham, AL 35202-0448
(205) 323-3900
(205) 323-3906 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___ DAY OF _____, 2008, the foregoing is electronically filed with the Clerk of the Court using the CM/ECF system, the CM/ECF system will send notification of such filing to the following;

Thomas Logan Davis, Esq.
Davis Law Firm, LLC
The Magnolia Financial Center
PO Box 43771
Birmingham, AL 35243

and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following:

Ellyn M. Epstein, Esq.
Attorney At Law
1811 Roberts Way, Suite 100
Voorhees, NJ 08043

/s/W. Whitney Seals
OF COUNSEL