FILED
2010 Jan-07 AM 10:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **FAYRENE PATTERSON,** )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>)<br>**EMPIRE STATE RECOVERY** )<br>**AGENCY, INC.,** )<br>)<br>DEFENDANT. ) | 2:08-CV-01292-LSC |

**PLAINTIFF'S STIPULATION OF DISMISSAL**

**COMES NOW** the Plaintiff in the above-styled cause, by and through her attorney of record, and hereby requests that this case be dismissed with prejudice against the Defendants, EMPIRE STATE RECOVERY AGENCY, INC. and JAMES A. NELMS, with costs taxed as paid.

　　　　　　　　　　　　　　　　　　　　/s/ *W. Whitney Seals*
　　　　　　　　　　　　　　　　　　　　W. Whitney Seals
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**OF COUNSEL:**
Pate & Cochrun, L.L.P.
P.O. Box 10448
Birmingham, AL 35202-0448
(205) 323-3900
(205) 323-3906 (facsimile)
filings@plc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 7th DAY OF January, 2010, the foregoing is electronically filed with the Clerk of the Court using the CM/ECF system, the CM/ECF system will send notification of such filing to the following;

NONE OF RECORD

and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following:

Empire State Recovery Agency, Inc.
2495 Main Street, Ste 556
Buffalo, NY 14214

James A Nelms
c/o Empire State Recovery Agency, Inc.
2495 Main Street, Ste 556
Buffalo, NY 14214

/s/W. Whitney Seals
OF COUNSEL