FILED
2010 Jan-08 PM 03:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FAYRENE PATTERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:08-CV-01292-LSC |
| ) | |
| EMPIRE STATE RECOVERY AGENCY, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

The Court has for consideration Plaintiff's motion to dismiss the above-entitled cause in its entirety with prejudice. (Doc. 27.) Plaintiff's motion is GRANTED. This case is DISMISSED with prejudice. Costs are taxed as paid.

Done this <u>8th</u> day of <u>January 2010</u>.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
139297